UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

EDWIN ZAYAS,                                23-cv-1435 (JGK)

                Plaintiff,          ORDER

      - against -

PAUL MASLIN & CO., LLC,

                Defendant.
―――――――――――――――――――――――――――――

**JOHN G. KOELTL**, District Judge:

    The defendant Paul Maslin & Co., LLC recently filed a submission labeled as an answer, but which contains only a single page. ECF No. 10. The bulk of the submission appears to be missing. Accordingly, the defendant is directed to file a corrected answer by **April 28, 2023.**

SO ORDERED.

Dated:    New York, New York
           April 20, 2023

                                        _____
                                            John G. Koeltl
                                  United States District Judge