UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDWIN ZAYAS,

                          Plaintiff,

- against -

PAUL MASLIN & CO., LLC, ET AL.,

                          Defendants.

---

23-cv-1435 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time for defendant Seaflower Fish Market Inc. ("Seaflower") to respond to the complaint (ECF No. 1) is extended to **June 12, 2023**. If Seaflower fails to respond by that date, plaintiff Edwin Zayas may move by order to show cause for a default judgment against Seaflower by **July 5, 2023**. If the plaintiff fails to move for a default judgment against Seaflower by that date, the case will be dismissed without prejudice against Seaflower for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
            June 5, 2023

                                             /s/ John G. Koeltl
                                             John G. Koeltl
                                         United States District Judge