UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWIN ZAYAS,

                Plaintiff(s)

                                      23 civ 1435 (JGK)

-against-

PAUL MASLIN & CO., LLC,

                Defendant(s).
------------------------------------------------------------X

## ORDER

An order to show cause for default now pending before this Court,

The conference scheduled for July 20, 2023, at 2:30, is canceled.

**SO ORDERED.**

                                                  **JOHN G. KOELTL**
                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         July 12, 2023