```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

**EDWIN ZAYAS,**

        **Plaintiff,**

    **- against -**

**PAUL MASLIN & CO., LLC, ET AL.,**

        **Defendants.**

―――――――――――――――――――――――――――――――

**23-cv-1435 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

On August 1, 2023, this Court directed the parties to file a Rule 26(f) report by August 15, 2023. ECF No. 26. To date, no such filing has been made. The time for the parties to file a Rule 26(f) report is **extended** to **August 29, 2023.**

**SO ORDERED.**

**Dated:**  **New York, New York**
        **August 23, 2023**

                                      _____/s/ John G. Koeltl_____
                                              **John G. Koeltl**
                                    **United States District Judge**