```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------

EDWIN ZAYAS,

                Plaintiff,

    - against -

PAUL MASLIN & CO., LLC, ET AL.,

                Defendants.

-----------------------------------------

23-cv-1435 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The Court can require a Rule 26(f) report without an initial conference. The date for submission of the Rule 26(f) report is **extended** to **September 5, 2023.**

**SO ORDERED.**

**Dated:**    **New York, New York**
             **August 29, 2023**

                                            /s/ John G. Koeltl
                                              **John G. Koeltl**
                                **United States District Judge**