UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDWIN ZAYAS,

               Plaintiff,

     - against -

PAUL MASLIN & CO., LLC, ET AL.,

               Defendants.

---

23-cv-1435 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **January 18, 2024**, at **12:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:   New York, New York
        January 16, 2024

                     John G. Koeltl
             United States District Judge